Rel: August 22, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0690

Systems Products and Solutions, Inc., and Millennium System Services, Inc. v. Clayton Hinchman, Ignite Fueling Innovation, Inc., and John Brooks (Appeal from Madison Circuit Court: CV-20-901480).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and McCool, JJ., concur.

Shaw, Sellers, and Cook, JJ., dissent.